

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable John C. Merburger
County Attorney
Fayette County
La Grange, Texas

Dear Sir:                    Opinion No. O-6946

Re: Does a county judge of one
county, who is a licensed
attorney, have the authority
to practice law in the jus-
tice and county courts of
other counties?

Your request for our opinion on the above question
reads as follows:

"A is a licensed attorney and is County
Judge of B county, which has only one County
Court having jurisdiction of both civil and
criminal matters. Under the facts stated, is
A legally authorized to practice law in other
counties in the Justice and County Courts of
such other counties?

"The only authorities that I have been
able to locate touching this subject matter is
Article 319, R. C. S., Article 402-403 P. C. and
Clerich vs State 129 S. W. 2d 291, and Shoppe vs.
State 38 S. W. 2d 793.

"Article 319, R. C. S., reads as follows:

"'No Judge of the Supreme Court, Courts of Civil
or Criminal Appeals, or district court, or clerk
of any court, or deputy, or sheriff or deputy or
constable shall be allowed to appear and plead as
an attorney at law in any court of record in this
State. No COUNTY JUDGE shall be allowed to appear

COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. John C. Warburger, page 2

and practice as an attorney at law in ANY COUNTY
OR JUSTICE COURT, EXCEPT IN CASES WHERE THE COURT
over which he presides HAS NEITHER ORIGINAL OR
APPELLATE JURISDICTION.'

Article 402 of the Penal Code reads as follows:

"'Any County Judge in this State who shall practice
or offer or attempt to practice as an attorney at
law in ANY COUNTY COURT OR COURT OF A JUSTICE OF
THE PEACE shall be fined not less than one hundred
nor more than five hundred dollars.'

Article 403 of the Penal Code reads as follows:

"'County Judges in those counties wherein the civil
or criminal jurisdiction of the county court has or
may be diminished shall, if a licensed lawyer, have
the right to practice in all justice and county courts
in cases where the courts over which they PRESIDE HAVE
NEITHER ORIGINAL OR APPELLATE JURISDICTION.'

"The above mentioned authorities of Clarich vs
State and Shoppe vs State expressly hold that the
County Judge is authorized to practice law in the
district court even in his own county. Seemingly
the case of Clarich vs State above mentioned is
based on the ground that his court has neither
original nor appellate jurisdiction of such dis-
trict court cases.

"By the express provisions of Article 319, R. C. S.,
the County Judge is permitted to practice law in a
county or justice court, even in his own county pro-
vided, however, that his court would have neither
original nor appellate jurisdiction. At this time
I cannot recall just what type of case it would be in
the justice court, but the statute provides for such
a situation.

"From a reading of the above quoted statutes, it is
my opinion that the law contemplates that a county judge
is not prohibited from practicing law in any court, un-
less it is a court from which he may have an appellate
jurisdiction or a case in which he has original juris-
diction. Certainly he has no original or appellate

jurisdiction of a case filed in another county, unless it would be in a case where a plea of privilege would be sustained, and of course, in such a fact situation, the County Judge should not accept employment. It is therefore my opinion that the County Judge may practice law in any justice or county court of another county except in cases where a plea of privilege is sustainable."

The statutes referred to by you are the only statutes that deal with the question submitted, and it is our opinion that your interpretation thereof is correct for the following reasons:

In 1876 the 15th Legislature passed the following law:

"SECTION 1. Be it enacted by the Legislature of the State of Texas, That it shall not be lawful for the Judge of any County Court of this State to practice as an attorney or counselor-at-law in any of the County Courts or Courts of the Justice's of the Peace of this State, and any County Judge who may violate the provisions of this act shall be guilty of a misdemeanor, and upon conviction thereof, in any court of competent jurisdiction shall be punished by fine not less than one hundred nor more than five hundred dollars and in addition thereto, shall be removed from office.

"SEC. 2. Whereas, no law now exists prohibiting County Judges practising as attorneys-at-law in the County and magistrate's courts of this State, whereby much confusion results, thus creating an emergency, and an imperative public necessity that this act go into effect at once; therefore, this act shall take effect and be in force from and after its passage." (p. 216, Laws of Texas, 1876)

The 16th Legislature, in a Special Session in 1879, (p. 12, Laws of said Special Session) amended Article 1136 of the Revised Civil Statutes of 1879, adopted February 21, 1879, so that same read as follows:

"'Article 1136. County judges in those counties wherein the civil or criminal jurisdiction of the county courts has been or may hereafter be diminished shall have the right to practice as attorneys in all justices' and county courts in cases wherein the courts

Hon. John C. Harburger, page 4

over which they preside have neither original nor appellate jurisdiction, provided they are licensed lawyers.'

"SEC. 2. Whereas, under the constitution the present session of the Legislature is limited to thirty days, a great portion of which has already expired; and whereas, under existing laws county judges are deprived of practicing in county and other inferior courts, therefore, an emergency exists and an imperative public necessity demands the suspension of the constitutional rule which requires a bill to be read on three several days and that this law take effect and be in force from and after its passage, and it is so enacted."

It was evidently the purpose of the Legislature, in passing the last above quoted statute, to repeal the statute passed by the 15th Legislature making it unlawful for a county judge to practice law in any county or justice court in so far as same applied to cases wherein the court over which a county judge presides has neither original nor appellate jurisdiction. However, the statute passed by the 15th Legislature was also carried into the 1879 revision of the civil statutes as Article 236, and the part thereof relative to the practice of law by a county judge reads as follows:

". . .nor shall any county judge be allowed to appear and practice as an attorney at law in any of the county courts or courts of the justices of the peace in this state."

We find that both of these statutes have been carried into the various revisions of our civil and criminal statutes until this date, and appear now as Articles 402 and 403 of our Penal Code and Article 319 of our Revised Civil Statutes. This situation comes within the rule of law laid down in 39 Tex. Jur., Sec. 139, p. 264, which reads as follows:

". . .But it is permissible to go behind the adoption of a code for aid in determining the intention of the legislature in respect of an ambiguous provision. And where two conflicting provisions, enacted at different times, are brought forward into a compilation it is proper to examine the original acts to arrive at the true intent. . . ."

Hon. John C. Warburger,   page 5

There is no question but that the provisions of Article 402 of our Penal Code are in conflict with the provisions of Article 403 of our Penal Code and Article 319 of our Revised Civil Statutes. Therefore, since the original acts show that the Legislature intended for the provisions of said last named articles to control, it is our opinion that a county judge is authorized to practice law in any county or justice court in this state, except in cases where the court over which he presides has either original or appellate jurisdiction.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

BY *Jas. W. Bassett*
Jas. W. Bassett
Assistant

JWB:LJ